**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

ERIC RAMIREZ,

                    Petitioner

          v.

JACLYN N. BONSTINGL,

                    Respondent

: No. 636 MAL 2014
:
:
: Petition for Allowance of Appeal from the
: Order of the Superior Court
:
:
:
:
:
:

## ORDER

**PER CURIAM**

     **AND NOW**, this 23rd day of December, 2014, the Petition for Allowance of Appeal is **DENIED**.